UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| TRADING BAY ENERGY CORP., | No. 04-36001 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-03-00157-A-RRB |
| v. | District of Alaska, Anchorage |
| UNION OIL COMPANY OF CALIFORNIA; et al., | ORDER |
| Defendants - Appellees. | |

**RECEIVED**
APR 20 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: D.W. NELSON, THOMPSON, and PAEZ, Circuit Judges.

The panel requests that the mandate issued on April 2, 2007, be RECALLED. Appellant's Motion for Clarification dated April 9, 2007, is GRANTED. Appellant's Petition for Panel Rehearing and Petition for Rehearing En Banc dated April 4, 2007, shall be filed.


A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 16 2007
by
Deputy Clerk