UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRADING BAY ENERGY CORP.,<br><br>        Plaintiff - Appellant,<br><br>   v.<br><br>UNION OIL COMPANY OF<br>CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No.  04-36001<br>D.C. No.  CV-03-00157-A-RRB<br><br><br>**JUDGMENT**   RECEIVED<br><br>        JUN 2 9 2007<br><br>   CLERK, U.S. DISTRICT COURT<br>        ANCHORAGE, A.K. |
| TRADING BAY ENERGY CORP.,<br><br>        Plaintiff - Appellant,<br><br>   v.<br><br>UNION OIL COMPANY OF<br>CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No.  04-36086<br>D.C. No.  CV-03-00157-RRB<br><br><br><br>**JUDGMENT** |

        Appeal from the United States District Court for the District of Alaska
(Anchorage).

        This cause came on to be heard on the Transcript of the Record from the
United States District Court for the District of Alaska (Anchorage) and was duly
submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/09/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 1 3 2007

by
Deputy Clerk