**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 0 4 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRADING BAY ENERGY CORP., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNION OIL COMPANY OF CALIFORNIA; MARATHON OIL COMPANY, <br><br> Defendants - Appellees. | No. 04-36001 <br><br> D.C. No. CV-03-00157-A-RRB <br> District of Alaska, <br> Anchorage |
| TRADING BAY ENERGY CORP., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNION OIL COMPANY OF CALIFORNIA; MARATHON OIL COMPANY, <br><br> Defendants - Appellees. | No. 04-36086 <br><br> D.C. No. CV-03-00157-RRB <br><br><br> O R D E R |



RECEIVED
JUN 2 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: D.W. NELSON, THOMPSON, and PAEZ, Circuit Judges.

Judge Paez voted to deny the petition for rehearing en banc. Judge Nelson and Judge Thompson recommended denial of the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. (Fed.R. App. P. 35.)

The petition for rehearing en banc is denied.

```
                                                        MOATT INVATT
                                                           CLOSED
                                                                   i
INTERNAL USE ONLY: Proceedings include all events.
04-36001 Trading Bay Energy v. Union Oil, et al, et al

TRADING BAY ENERGY CORP.        William M. Bankston, Esq.
     Plaintiff - Appellant      FAX 907/279-5358
                                907/276-1711
                                Suite 900
                                [COR LD NTC ret]
                                Brian J. Stibitz, Esq.
                                FAX 907/279-5358
                                907/276-1711
                                Ste. 900
                                [COR ret]
                                BANKSTON GRONNING & O'HARA, PC
                                601 W. Fifth Ave.
                                Anchorage, AK 99501


     v.

UNION OIL COMPANY OF            Douglas J. Serdahely, Esq.
CALIFORNIA                      FAX 907/263-6345
     Defendant - Appellee       907/263-6300
                                Suite 700
                                [COR LD NTC ret]
                                PATTON BOGGS LLP
                                601 West 5th Avenue
                                Anchorage, AK 99501

                                Kyle W. Parker, Esq.
                                FAX 907/263-6345
                                907/263-6330
                                Suite 700
                                [COR ret]
                                David J. Mayberry, Esq.
                                FAX 907/263-6345
                                907/263-6330
                                Suite 700
                                [COR ret]
                                PATTON BOGGS LLP
                                601 W. 5th Ave.
                                Anchorage, AK 99501

MARATHON OIL COMPANY            Douglas J. Serdahely, Esq.
     Defendant - Appellee       (See above)
                                [COR LD NTC ret]

                                Kyle W. Parker, Esq.
                                (See above)
                                [COR ret]
                                David J. Mayberry, Esq.
                                (See above)
                                [COR ret]
```

INTERNAL USE ONLY: Proceedings include all events.
04-36086 Trading Bay Energy v. Union Oil, et al

| | |
|---|---|
| TRADING BAY ENERGY CORP.<br>    Plaintiff - Appellant | William M. Bankston, Esq.<br>FAX 907/279-5358<br>907/276-1711<br>Suite 900<br>[COR LD NTC ret]<br>BANKSTON GRONNING & O'HARA, PC<br>601 W. Fifth Ave.<br>Anchorage, AK 99501 |
| v. | |
| UNION OIL COMPANY OF<br>CALIFORNIA<br>    Defendant - Appellee | Kyle W. Parker, Esq.<br>FAX 907/263-6345<br>907/263-6330<br>Suite 700<br>[COR NTC ret]<br>PATTON BOGGS LLP<br>601 W. 5th Ave.<br>Anchorage, AK 99501 |
| MARATHON OIL COMPANY<br>    Defendant - Appellee | Kyle W. Parker, Esq.<br>(See above)<br>[COR ret] |